IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   County Court at Law No. 10, Bexar County, Texas
   Case No. 2020CV04348
   Eric Ortiz, individually and on behalf of all others similarly situated v. Midland Credit Management, Inc.

2. Was jury demand made in State Court?    Yes [X]    No [ ]

   If yes, by which party and on what date?

   Plaintiff Eric Ortiz                                September 11, 2020
   Party Name                                          Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff, Eric Ortiz
   William M. Clanton (Bar No. 24049436), Law Office of Bill Clanton, P.C.
   926 Chulie Drive
   San Antonio, TX 78216
   Telephone: (210) 226-0800
   Facsimile: (210) 338-8660
   E-Mail: bill@clantonlawoffice.com

   Defendant, Midland Credit Management, Inc.
   Cory W. Eichhorn (Bar No. 576761), Holland & Knight LLP
   701 Brickell Avenue, Suite 3300
   Miami, FL 33131
   Telephone: (305) 374-8500
   Facsimile: (305) 789-7799
   E-Mail: cory.eichhorn@hklaw.com

---

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

_[signature]_
Attorney for Removing Party

October 12, 2020
Date

Defendant Midland Credit Management, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)